## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **APRIL CLARK,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:23-cv-4207** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **KIDZ PLANET, LLC, KATURA HAWO,** | : | **Magistrate Judge Kimberly A. Jolson** |
| **ADAM HAWO, and** | : | |
| **MOMS CHOICE, LLC,** | : | |
| | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **APRIL CLARK,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-4255** |
| | : | |
| **v.** | : | |
| | : | |
| **FRANK J. BISIGNANO and** | : | |
| **KIMBERLY PRICE,** | : | |
| | : | |
| **Defendants.** | : | |

## OPINION AND ORDER

These matters are before this Court in two separate but related cases brought by Plaintiff April Clark. First, in *Clark v. Kidz Planet, LLC*, the Magistrate Judge issued a Report and Recommendation that this Court dismiss that case for want of prosecution on March 18, 2025. (Case No. 23-cv-4207, ECF No. 22 at 1–2). The Magistrate Judge advised Plaintiff Clark that she had fourteen days to object to that recommendation, and that failure to do so would waive her rights to have this Court review the Report and Recommendation *de novo* and to appeal an adoption of the Report and Recommendation by this Court. No objection was filed in the allotted timeframe,

and Plaintiff has not otherwise sought to prosecute her case since the Magistrate Judge's Report and Recommendation. After an independent review, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation. *Clark v. Kidz Planet, LLC* is hereby **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to close Case No. 23-cv-4207.

Second, in *Clark v. Bisignano*, Carolyn Colvin, then the Acting Commissioner of Social Security, removed a case brought by Petitioner April Clark in the Supreme Court of Ohio to this Court on December 11, 2024. (Case No. 24-cv-4255, ECF No. 1).[1] April Clark has an "extensive filing history" in the Southern District of Ohio and was found to be a vexatious litigator on May 15, 2024. *Clark v. Williams*, 2024 WL 3342432, at *3 (S.D. Ohio July 9, 2024) (Marbley, J.).[2] For both new and existing civil case filings, Clark was required to "either (1) retain counsel to support her in any future litigation endeavors; or (2) submit a statement from an attorney licensed to practice in this Court or the State of Ohio certifying that there is a good faith basis for the action or paper Ms. Clark seeks to file." *Clark v. Williams*, Case No. 23-cv-4201, ECF No. 23 at 5. These restrictions extended to removed cases: Clark was ordered to "comply with these same restrictions, and submit a certification in the removed case stating that she ha[d] complied with the restrictions within 30 days following removal." *Id.* at 5–6.

Clark has failed to comply with this Court's ordered filing restrictions. She filed her own affidavit on January 14, 2025, but failed to indicate that she is licensed to practice in the U.S. District Court for the Southern District of Ohio or the State of Ohio. (Case No. 24-cv-4255, ECF No. 5). She also subsequently attempted to file a motion in August 2025, also out of compliance

---

[1] Frank J. Bisignano is the current Commissioner of the Social Security Administration. He is automatically substituted as a defendant pursuant to Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").

[2] The Ohio Supreme Court also found Clark to be a vexatious litigator. *Clark v. Nagel*, 2024-Ohio-5922 (2024).

with this Court's order regarding her vexatious litigant status.  (Case No. 24-cv-4255, ECF No. 6).

Accordingly, this Court *sua sponte* **DISMISSES** *Clark v. Bisignano* **without prejudice** due to

Clark's failure to comply with Court-ordered filing restrictions.  The Clerk of Court is

**DIRECTED** to close Case No. 24-cv-4255.

This Court **CERTIFIES** that an appeal of this Order would not be taken in good faith and

should not be permitted to proceed *in forma pauperis*.

　　　　**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**DATED: June 17, 2026**　　　　**UNITED STATES DISTRICT JUDGE**

3