**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

|  |  |  |
|---|---|---|
| | | JUDGMENT IN CIVIL CASE |
| **APRIL CLARK,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:23-cv-4207** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **KIDZ PLANET, LLC, KATURA HAWO,** | : | **Magistrate Judge Kimberly A. Jolson** |
| **ADAM HAWO, and MOMS CHOICE,LLC,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| **APRIL CLARK,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-4255** |
| **v.** | : | |
| | : | |
| **FRANK J. BISIGNANO and** | : | |
| **KIMBERLY PRICE,** | : | |
| | : | |
| **Defendants.** | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

JUDGMENT IS ENTERED pursuant to the Court's Order issued on June 17, 2026.

**Date:  June 17, 2026**          **Richard W. Nagel, Clerk**

s/Stephanie Hernandez
Stephanie Hernandez/Deputy Clerk